IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA M. ALEXANDER,

    Plaintiff,

vs.                              CASE NO. 5:06cv22/RS

JAMES V. CROSBY, JR., et al,

    Defendants.
_____/

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 20). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion for Injunction (Doc. 17) is denied.

ORDERED on July 26, 2006.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**