IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA M. ALEXANDER,

    Plaintiff,

vs.                              CASE NO. 5:06cv22/RS

DAVID BAREFIELD,[1]

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 51). Neither party has filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion For Summary Judgment (Doc. 47) is **granted** as to the issue of Plaintiff's damages claim against Defendant in his official capacity. Defendant's Motion For Summary Judgment is **denied** as to all other issues.

3. Plaintiff's claims for injunctive relief are **dismissed as moot**.

4. This case is remanded to the Magistrate Judge for further proceedings on

---

[1] Although Plaintiff has spelled the Defendant's name "Barfield," the correct spelling apparently is "Barefield."

Plaintiff's individual capacity claim for damages against Defendant.

ORDERED on June 7, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**