IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOSHUA M. ALEXANDER,**
    **Plaintiff,**

vs.                            Case No. 5:06cv22/RS/MD

**DAVID BAREFIELD,**
    **Defendant.**

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  On June 11, 2007 this court entered an order (doc. 53) requiring plaintiff to file his pretrial narrative statement, exhibit list, and witness list on or before July 11, 2007.  Plaintiff did not respond to the order.  Accordingly, on July 17, 2007 the court entered an order (doc. 54) requiring plaintiff to show cause, within twenty days, why his case should not be dismissed for failure to comply with an order of the court.  Plaintiff did not respond to that order.  No correspondence has been received from plaintiff since February 27, 2007.  (*See* doc. 49).

      Accordingly, it respectfully RECOMMENDED:

      1.  That this cause be DISMISSED without prejudice for plaintiff's failure to comply with an order of the court.

      2.  That the clerk be directed to close the file.

      At Pensacola, Florida, this 13th day of August, 2007.

/s/ *Miles Davis*
                         **MILES DAVIS**
                         **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.** *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.* **A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**