IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSHUA M. ALEXANDER,

    Plaintiff,

vs.                                                CASE NO. 5:06cv22/RS

DAVID BAREFIELD,[1]

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 55). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on September 17, 2007.

                                                  /S/ Richard Smoak
                                                 **RICHARD SMOAK**

---

[1] Although Plaintiff has spelled the Defendant's name "Barfield," the correct spelling apparently is "Barefield."

**UNITED STATES DISTRICT JUDGE**